**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | **CIVIL NO. 1:14-CV-1367** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **JOHN WETZEL**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 4th day of January, 2016, upon consideration of plaintiff's

motion (Doc. 38) to waive direct service of court filings, wherein he seeks

permission to serve one paper copy of all of his filings only upon the court for filing

in the CM/ECF system, and upon consideration of Federal Rule of Civil Procedure

5(b) providing that a party may use the court's electronic filing system to serve the

opposing party only when: (1) the opposing attorney consented to service by

electronic means, and (2) electronic service is authorized by local rule, <u>see</u> FED. R.

CIV. P. 5(b)(1), (b)(2)(E), (b)(3), and upon further consideration of Local Rule 5.7

providing that only registered Filing Users may serve documents *via* ECF, <u>see</u> L.R.

5.7, and that a "'Filing User' is an individual who has a court-issued login and

password to file documents electronically", <u>see</u> Standing Order regarding

Electronic Case Filing Policies and Procedures, § 1.2, and that plaintiff is not an

individual with a court-issued login and password, it is hereby ORDERED that:

1. The motion (Doc. 38) for a waiver to directly serve Defendants *via* ECF is DENIED.

2. Plaintiff shall serve any and all documents according to the Federal Rules of Civil Procedure and Middle District of Pennsylvania Local Rules of Court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania