# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | CIVIL NO. 1:14-CV-1367 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 24th day of February, 2016, upon consideration of plaintiff's motion (Doc. 49) to reopen the discovery period, and upon further consideration of the Commonwealth defendants' response (Doc. 53), wherein they request that the discovery period be reopened only for a limited time, it is hereby ORDERED that:

1. The motion (Doc. 49) to reopen the discovery period is GRANTED.

2. All discovery shall be completed by April 25, 2016.

3. Dispositive motions must be filed by May 25, 2016.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania