# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | **CIVIL NO. 1:14-CV-1367** |
| Plaintiff | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 2nd day of March, 2016, upon consideration of defendants' motions (Docs. 29, 30) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 29) to dismiss filed by defendant Corizon is GRANTED.

   a. All claims set forth in the amended complaint with respect to defendant Corizon are DISMISSED in their entirety.

   b. The Clerk of Court is directed to TERMINATE defendant Corizon as a party to this action.

2. The motion (Doc. 30) to dismiss filed by defendants Bernard and Koltay is GRANTED in part and DENIED in part, as follows:

   a. The Eighth Amendment claim against defendants Bernard and Koltay regarding the failure to order medical restrictions that would allow Hampton to participate in particular exercise programs is DISMISSED.

   b. The motion to dismiss the Eighth Amendment claim against defendant Bernard regarding the discontinuance of Tylenol is DENIED.

c. The motion to dismiss the Eighth Amendment claim against defendants Bernard and Koltay regarding the refusal to re-issue Hampton's back and wrist braces is DENIED.

d. The Fourteenth Amendment Equal Protection claim against defendants Bernard and Koltay is DISMISSED.

e. The ADA claim against defendants Bernard and Koltay is DISMISSED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania