# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | **CIVIL NO. 1:14-CV-1367** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 7th day of March, 2017, upon consideration of plaintiff's motion (Doc. 67) to compel discovery, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 67) to compel discovery is DENIED.

2. The request for sanctions is DENIED.

                          /S/ CHRISTOPHER C. CONNER
                          Christopher C. Conner, Chief Judge
                          United States District Court
                          Middle District of Pennsylvania