# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HAMPTON, | CIVIL ACTION NO. 1:14-CV-1367 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| JOHN WETZEL, *et al.*, | |
| Defendants | |

## ORDER & JUDGMENT

AND NOW, this 10th day of March, 2017, upon consideration of defendants' motions (Docs. 71, 73) for summary judgment, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 71) for summary judgment filed by defendants Wetzel, Glunt, Williams, Harpster, and McHenry is GRANTED.

2. The motion (Doc. 73) for summary judgment filed by defendants Bernard and Koltay is GRANTED.

3. Judgment is ENTERED in favor of defendants and against plaintiff on all remaining claims.

4. The Clerk of Court is directed to CLOSE this case.

                                             /S/ CHRISTOPHER C. CONNER
                                             Christopher C. Conner, Chief Judge
                                             United States District Court
                                             Middle District of Pennsylvania